5/22/2025 1:30 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-005680
Rosa Oneal

**CAUSE NO. D-1-GN-24-005680**

| | | |
|---|---|---|
| **CITY OF COLLEGE STATION,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | 15th COURT OF APPEALS |
| | § | AUSTIN, TEXAS |
| **v.** | § | 5/22/2025 3:41:34 PM |
| | § | CHRISTOPHER A. PRINE |
| | § | Clerk |
| **PUBLIC UTILITY COMMISSION** | § | **TRAVIS COUNTY, TEXAS** |
| **OF TEXAS,** | § | |
| *Defendant.* | § | |
| | § | |
| | § | |
| | § | **200th JUDICIAL DISTRICT** |

**PLAINTIFF'S NOTICE OF APPEAL**

Plaintiff City of College Station files this Notice of Appeal pursuant to Chapter 2001 of the Texas Government Code, Tex. R. App. P. 25.1, and Tex. R. App. P. 26.1, and in support of same would respectfully show the Court as follows:

I.

On September 3, 2024, Plaintiff filed its Original Petition for Judicial Review pursuant to Section 2001.176 of the Texas Government Code in the 200th Judicial District Court of Travis County, Texas in the above-styled and numbered cause. The matter was heard and submitted on April 30, 2025. On May 1, 2025, the Final Judgment and Order was signed and entered in this cause, which is the Order being appealed from by this Notice. A copy of the Final Judgment and Order is attached as Exhibit A to this Notice.

Section 2001.901 of the Texas Government Code provides that a party may appeal a final district court judgment issued under Chapter 2001 in the manner

provided for civil actions generally. This appeal is taken to the Fifteenth Court of Appeals in Austin, Texas.

II.

Pursuant to Tex. R. App. P. 25.1(e), a copy of this Notice is being provided to the court reporter responsible for preparing the Reporter's Record in this matter.

Respectfully submitted,

**LLOYD, GOSSELINK,**
  **ROCHELLE & TOWNSEND, P.C.**
816 Congress Avenue, Suite 1900
Austin, Texas 78701
Telephone: (512) 322-5800
Facsimile: (512) 472-0532

By: _____

THOMAS L. BROCATO
State Bar No. 03039030
tbrocato@lglawfirm.com
ROSLYN M. WARNER
State Bar No. 24117520
rwarner@lglawfirm.com

and

ADAM C. FALCO
State Bar No. 24055464
afalco@cstx.gov
City Attorney
College Station City Attorney's Office
P.O. Box 9960
1101 Texas Ave.
College Station, Texas 77842
(979) 764-3746 Direct
(979) 764-3507 Office
(979) 764-3481 Facsimile

**ATTORNEYS FOR PLAINTIFF**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been forwarded to the following attorneys via the Court's electronic filing case management system and electronic mail on this 22nd day of May, 2025:

John R. Hulme
Jordan Pratt
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS – ENVIRONMENTAL
PROTECTION DIVISION
P.O. Box 12548 (MC-066)
Austin, Texas 78711-2548
John.Hulme@oag.texas.gov
Jordan.Pratt@oag.texas.gov

Benjamin Barkley
Justin Swearingen
Chris Ekoh
OFFICE OF PUBLIC UTILITY COUNSEL
1701 N. Congress Avenue Suite 9-180
Austin, Texas 78701
justin.swearingen@opuc.texas.gov
chris.ekoh@opuc.texas.gov
opuc_eservice@opuc.texas.gov

**ATTORNEYS FOR DEFENDANT THE PUBLIC UTILITY COMMISSION OF TEXAS**

**ATTORNEYS FOR INTERVENOR OFFICE OF PUBLIC UTILITY COUNSEL**

THOMAS L. BROCATO

05/01/2025 08:42:53 AM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-005680

CAUSE NO. D-1-GN-24-005680

| | | |
|---|---|---|
| THE CITY OF COLLEGE STATION, | § | IN THE DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| PUBLIC UTILITY COMMISSION | § | |
| OF TEXAS, | § | |
| *Defendant.* | § | 200th JUDICIAL DISTRICT |

## FINAL ORDER

On April 30, 2025, the above-captioned case came for final hearing to the Court. All parties appeared through counsel. The Court, having reviewed the pleadings, all papers on file with the Court, and the briefs and argument of counsel, finds that the agency order under review in this case should be in all things affirmed.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the final order of the Public Utility Commission of Texas dated July 11, 2024, in its Docket No. 52728 is AFFIRMED.

IT IS FURTHER ORDERED that the Plaintiff take nothing by its cause of action and that costs are assessed against the Plaintiff.

All relief not expressly granted herein is DENIED. This is a final judgment disposing of all claims and parties and is appealable.

SIGNED on April 30, 2025.

_____
DANIELLA DESETA LYTTLE
Judge Presiding, 261st District Court

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Michelle Felker on behalf of Thomas Brocato
Bar No. 03039030
mfelker@lglawfirm.com
Envelope ID: 101163767
Filing Code Description: Notice of Appeal
Filing Description: PLAINTIFF'S NOTICE OF APPEAL
Status as of 5/22/2025 2:54 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Thomas LBrocato | | tbrocato@lglawfirm.com | 5/22/2025 1:30:39 PM | SENT |
| John Hulme | 10258400 | John.Hulme@oag.texas.gov | 5/22/2025 1:30:39 PM | SENT |
| Chris Ekoh | | chris.ekoh@opuc.texas.gov | 5/22/2025 1:30:39 PM | SENT |
| Justin Swearingen | | justin.swearingen@opuc.texas.gov | 5/22/2025 1:30:39 PM | SENT |
| service address | | opuc_eservice@opuc.texas.gov | 5/22/2025 1:30:39 PM | SENT |
| Benjamin Barkley | | benjamin.barkley@opuc.texas.gov | 5/22/2025 1:30:39 PM | SENT |
| Jordan Pratt | 24140277 | jordan.pratt@oag.texas.gov | 5/22/2025 1:30:39 PM | SENT |
| Adam C.Falco | | afalco@cstx.gov | 5/22/2025 1:30:39 PM | SENT |
| Roslyn M.Warner | | rwarner@lglawfirm.com | 5/22/2025 1:30:39 PM | SENT |
| Michelle Felker | | mfelker@lglawfirm.com | 5/22/2025 1:30:39 PM | SENT |